**Motion Granted; Appeal Dismissed and Memorandum Opinion filed February 5, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-19-00055-CV

---

## SINTORO CAPITAL LLC., BENJAMIN P. JONES, AND JAMES JORDAN RYMER, Appellants

### V.

## ABID BHAMANI AND MOSAIC RESIDENTIAL INC., Appellees

**On Appeal from the 189th District Court
Harris County, Texas
Trial Court Cause No. 2016-31106**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed December 14, 2018. On January 29, 2019, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Christopher, Hassan, and Poissant.